```
IN THE UNITED STATES DISTRICT COURT
 FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

| | |
|---|---|
| KEVIS VAN NESS, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 4:24-CV-32 (CDL) |
| LIEUTENANT HARBERT, *et al.*, | * |
| Defendant. | * |

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 26, 2024. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Based on this ruling, Plaintiff's motion for service on Glenda Hall (ECF No. 21) is moot.

IT IS SO ORDERED, this 29th day of October, 2024.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA